**Order entered December 8, 2017**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-16-01504-CR

**CAMARON DISHAWN HARRIS, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 296th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 199-81483-2014**

## ORDER

Before the Court is appellant's November 28, 2017 motion for an extension of time to file

a pro se response to the *Anders* brief filed by counsel. We **GRANT** the motion.

We **ORDER** appellant to file his pro se response **on or before January 16, 2018**.

We **DIRECT** the Clerk of the Court to send a copy of this order to Camaron Dishawn

Harris, TDCJ No. 02108339, Lychner Unit, 2350 Atascocita Road, Humble, Texas, 77396.


/s/     LANA MYERS
           JUSTICE